# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 04-94-P-H** |
| ) | |
| **ROBERT MARION,** ) | |
| ) | |
| **DEFENDANT** | |

## ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE

The motion is **DENIED**.

The sentence in this case was not based upon the quantity of crack cocaine, but upon the career offender guideline. I departed downward one Criminal History level from that guideline because I found the defendant's Criminal History to be overrepresented, but I did not depart to a crack cocaine guideline. Thus, the recent First Circuit case, <u>United States v. Cardosa</u>, 2010 WL 2136664 (1st Cir. May 28, 2010), does not apply.

Therefore, 18 U.S.C. § 3582(c)(2) is not available to the defendant to seek a reduction of his sentence.

**SO ORDERED.**

**DATED THIS 1ST DAY OF JUNE, 2010**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**