**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-94-P-H** |
| | ) | |
| **ROBERT MARION,** | ) | |
| | ) | |
| **DEFENDANT** | | |

### ORDER ON DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE

The "motion letter" is **DENIED**. The defendant fears that he is not receiving proper credit for times served in a county jail. Credit for time served is a matter for the Attorney General, acting through the Bureau of Prisons, United States v. Wilson, 503 U.S. 329 (1992), and this court has no authority in the matter. Id. at 333-34. Nevertheless, at my request, this court's Probation Office did contact the case manager at the penal institution where defendant is housed to inquire. After speaking to the case manager, the Probation Officer has written to Mr. Marion that she say he is receiving the credit he seeks, and that he can obtain clarification from the case manager at his institution.

**SO ORDERED.**

**DATED THIS 9TH DAY OF MARCH, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**