# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT MARION,** )<br>)<br>**PETITIONER** )<br>)<br>v. )<br>**UNITED STATES OF AMERICA,** )<br>)<br>**RESPONDENT** ) | No. 2:04-CR-94-DBH<br>No. 2:12-CV-215-DBH<br>No. 2:08-CV-60-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 3, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on Second or Successive Motion Under 28 U.S.C. § 2255. The petitioner filed his objection to the Recommended Decision on August 13, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's motion is summarily **DISMISSED WITHOUT PREJUDICE** and without further proceedings.

**SO ORDERED.**

**DATED THIS 4TH DAY OF SEPTEMBER, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**