UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 2:04-CR-94-DBH** |
| **ROBERT MARION,** ) | |
| ) | |
| **DEFENDANT** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 7, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2255 Motion.  (ECF No. 82).  The time within which to file objections expired on July 25, 2016, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Id. at 5.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The pending 28 U.S.C. § 2255 Motion is **TRANSFERRED** to the Court of Appeals for the First Circuit pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e).  (I note that the Court of Appeals on July 25, 2016, has stayed its own action pending the Supreme Court decision in Beckles v. United States.  Order of Court, Marion v. United States, No. 16-1835, (1st Cir. July 25, 2016)).  I **DENY** a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 1ST DAY OF AUGUST, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**